**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Sonya Williams Rogers, et al., v. Alight Solutions LLC          Case Number: 1:23-cv-16387

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff

Attorney name (type or print): Logan A. Pardell

Firm: Pardell, Kruzyk & Giribaldo, PLLC

Street address: 433 Plaza Real, Suite 275

City/State/Zip: Boca Raton, FL 33431

Bar ID Number: 0118843          Telephone Number: 561-726-8444
(See item 3 in instructions)

Email Address: lpardell@pkglegal.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you a member of the court's general bar? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| Are you appearing *pro hac vice*? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.     ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 2/9/2024

Attorney signature:   S/ *Logan Pardell*
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023