# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sonya Williams Rogers, et al.
                             Plaintiff,

v.                                               Case No.: 1:23−cv−16387
                                                 Honorable Jeremy C. Daniel

Alight Solutions LLC
                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 6, 2024:

    MINUTE entry before the Honorable Jeremy C. Daniel: Motion hearing held. Plaintiffs' motion for conditional collective certification and incorporated memorandum of law [40] is taken under advisement. Court will rule by mail. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.